In the Matter of JORGE L. LINARES, Appellant, v ANDREA W. EVANS, as Chair of the Division of Parole, Respondent.

Submitted April 28, 2014; decided May 1, 2014

Motion for poor person relief granted.

NOREX PETROLEUM LIMITED, Appellant, v LEONARD BLAVATNIK et al., Respondents.

Submitted April 28, 2014; decided May 1, 2014

Motion by David Paul Horowitz for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v WILLIAM BROWN, Respondent.

Submitted April 7, 2014; decided May 1, 2014

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the respondent on the appeal herein.